May 24, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**JOSE GERARDO PADILLA, GIOVANNA PADILLA AND HOUSTON BEST FOODS & SERVICES, LLC D/B/A DONERAKI FULTON, Appellants**

NO. 14-14-00938-CV                  V.

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, Metropolitan Transit Authority of Harris County, signed October 21, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the order of the court below dismissing appellants' inverse condemnation claim based on a temporary, total denial of access to their restaurant **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Metropolitan Transit Authority of Harris County.

We further order this decision certified below for observance.